1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES A. DIAZ,                          No.  2:14-cv-0612 DAD P

12                  Petitioner,

13          v.                                ORDER

14   9TH DISTRICT COURT OF
     CALIFORNIA,
15
                    Respondent.
16

17
          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18
     corpus pursuant to 28 U.S.C. §  2254.  Petitioner has not, however, filed an in forma pauperis

19
     affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20
     will be provided the opportunity to either submit the appropriate affidavit in support of a request

21
     to proceed in forma pauperis or submit the appropriate filing fee.

22
          In accordance with the above, IT IS HEREBY ORDERED that:

23
          1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24
     support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25
     failure to comply with this order will result in a recommendation that this action be dismissed;

26
     and

27
     /////

28
                                        1

1      2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2   form used by this district.

3   Dated:  March 12, 2014

4

5                                                    _____
/md; diaz0612.101a                          DALE A. DROZD
6                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28